United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENE A. OLER,

Plaintiff,

v.

COUNTY OF SAN BENITO,

Defendant.

Case No.  25-cv-08074-EKL

**ORDER TO SHOW CAUSE RE: SANCTIONS**

On December 17, 2025, the Court set an initial case management conference ("ICMC") for April 8, 2026, with a deadline to file a case management ("CMC") statement by March 30, 2026. ECF No. 13.  The parties failed to file a timely CMC statement by the deadline.  ECF No. 17.  On March 31, 2026, the Court ordered the parties to file the required CMC statement by April 3, 2026. *Id.*  Again, the parties failed to file a CMC statement by the deadline.

Accordingly, the Court CONTINUES the ICMC scheduled for April 8, 2026.  Counsel of record for Plaintiff, Lawrence J. King, and counsel of record for Defendant, Dylan De Wit and James Garrison Gilyard, are ORDERED TO SHOW CAUSE, if any, in writing, why monetary sanctions in the amount of $250 should not be imposed on each counsel for violating the Court's orders.  ECF Nos. 13, 17.  Each party must file a written response **on or before April 21, 2026**.  A hearing on the order to show cause is set for **May 6, 2026, at 1:30 p.m.** to be heard remotely.

//

//

The ICMC is set concurrently for **May 6, 2026, at 1:30 p.m.**  The joint case management statement is due on **April 21, 2026**.  If the parties have resolved the case, they must inform the Court through a notice of settlement.

**IT IS SO ORDERED.**

Dated: April 7, 2026

Eumi K. Lee
United States District Judge