UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENE A. OLER,

          Plaintiff,

    v.

COUNTY OF SAN BENITO,

          Defendant.

Case No.  25-cv-08074-EKL

**ORDER TO SHOW CAUSE RE: SANCTIONS**

Re: Dkt. No. 18

On April 7, 2026, the Court issued an Order to Show Cause re: Sanctions ("OSC") after the parties failed to file a joint case management ("CMC") statement by March 30, 2026, the original deadline to do so, or by April 3, 2026, the extended deadline to do so.  ECF No. 18.  The Court ordered each party to file a written response to the OSC by April 21, 2026, and set a hearing for May 6, 2026.  *Id.*  Additionally, the Court ordered the parties to file the CMC statement by April 21, 2026, and continued the initial case management conference ("ICMC") until May 6, 2026.  *Id.*

On April 21, 2026, Defendant County of San Benito filed a response to the OSC.  ECF No. 19.  Even though the operative deadline to file the CMC statement was the same day, Defendant's response indicated that the parties were "diligently working on preparing a joint CMC statement" and that "counsel anticipate[d] that the parties [would] file a complete CMC statement within the week."  *Id.*  The parties did not seek leave for or request additional time to file the CMC statement.

Plaintiff Gene A. Oler did not file a response to the OSC by April 21, 2026.  Instead, Plaintiff filed a single-paragraph joinder in Defendant's response the following day, which incorrectly states that the Court issued the OSC "for failure to appear at the scheduled case management and trial setting conferences."  ECF No. 20.

The parties have yet to file the CMC statement despite three deadlines (March 20, April 3,

April 21, 2026) having passed and despite an OSC having been issued.

Accordingly, the Court CONTINUES the OSC hearing and ICMC scheduled for May 6, 2026. An in-person hearing on the OSC and this Order, as well as the ICMC, are set for **May 20, 2026, at 3:00 p.m.** in Courtroom 7 at the United State Courthouse, 280 South First Street, San Jose, California. Counsel are further ORDERED TO SHOW CAUSE why monetary sanctions in the amount of $1,000 should not issue. Counsel shall be prepared at the hearing to address this Order, the parties' failure to fully comply with the Court's OSC dated April 7, 2026, and the concerns raised in the prior OSC. Further, the Court ORDERS the parties to file the joint CMC Statement by **May 1, 2026**.

**IT IS SO ORDERED.**

Dated: April 23, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California

2